# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | No. 2325 Disciplinary Docket No. 3 |
| Petitioner | No. 78 DB 2015 |
| v. | Attorney Registration No. 13340 |
| RAYMOND J. QUAGLIA | (Montgomery County) |
| Respondent | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of January, 2017, upon consideration of the Report and Recommendations of the Disciplinary Board and the parties' responses, Raymond J. Quaglia is disbarred from the bar of the Commonwealth of Pennsylvania. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).